## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward Mauser | |
|                Debtor | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns | |
|                Moving Party | |
|       vs. | NO. 16-10872 MDC |
| Edward Mauser | |
|                Debtor | |
| William C. Miller Esq. | |
|                Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about **6/13/2016**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

July 13, 2016