United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10872-mdc
Edward Mauser                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jul 14, 2016
                 Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
db        +Edward Mauser,    7013 Reedland Street,    Philadelphia, PA 19142-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
       ecfmail@mwc-law.com
      ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
       agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
      ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ASwartz@mwc-law.com,
       ecfmail@mwc-law.com
      CHRISOVALANTE FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Edward  Mauser ecf@ccpclaw.com,   igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Edward  Mauser ecf@ccpclaw.com,   igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
       wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com
                                                                         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward Mauser
        Debtor(s)                                    Chapter: 13

                                                            Bankruptcy No: 16−10872−mdc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 14, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Magdeline D. Coleman
                                                            Judge ,
                                                            United States Bankruptcy Court

                                                                                 69
                                                                            Form 155