**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :         CHAPTER 13
Edward Mauser

DEBTOR                              :         BKY. NO.   16-10872MDC13

## ORDER APPROVING COUNSEL FEE

AND NOW, this **22nd** day of **August** 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,160.00** is approved and the balance due counsel in the amount of **$3,160.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Edward Mauser
      8605 Santa Monica Blvd.
      66224
      Los Angeles, CA 90069

      William Miller
      P.O. Box 1229
      Philadelphia, PA 19105