United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward Mauser  
    Debtor

Case No. 16-10872-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 22, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.  
db          +Edward Mauser,    7013 Reedland Street,    Philadelphia, PA 19142-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:  
          ALEXANDRA T. GARCIA     on behalf of Creditor     Federal National Mortgage Association ecfmail@mwc-law.com  
          ANDREW F GORNALL     on behalf of Creditor    PNC Bank, National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
          ANN E. SWARTZ     on behalf of Creditor     Federal National Mortgage Association ecfmail@mwc-law.com, ecfmail@mwc-law.com  
          CHRISOVALANTE FLIAKOS     on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com  
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          MICHAEL A. CATALDO2     on behalf of Debtor Edward Mauser ecf@ccpclaw.com, igotnotices@ccpclaw.com  
          MICHAEL A. CIBIK2     on behalf of Debtor Edward Mauser ecf@ccpclaw.com, igotnotices@ccpclaw.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
          WILLIAM EDWARD MILLER     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY wmiller@sterneisenberg.com, nmiller@sterneisenberg.com  
                                                                                   TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 13
Edward Mauser

DEBTOR                                          :    BKY. NO.   16-10872MDC13

## ORDER APPROVING COUNSEL FEE

AND NOW, this 22nd day of August 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$5,160.00** is approved and the balance due counsel in the amount of **$3,160.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Edward Mauser
      8605 Santa Monica Blvd.
      66224
      Los Angeles, CA 90069

      William Miller
      P.O. Box 1229
      Philadelphia, PA 19105