United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-10872-mdc
Edward Mauser                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 1              Date Rcvd: Jan 23, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db              +Edward Mauser,    7013 Reedland Street,    Philadelphia, PA 19142-1715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
           ecfmail@mwc-law.com
          ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Federal National Mortgage Association ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Edward  Mauser ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Edward  Mauser ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                      TOTAL: 12

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | : |
| EDWARD MAUSER | :     **BK. No. 16-10872-mdc** |
|       Debtor | : |
| | :     **Chapter No. 13** |
| WELLS FARGO BANK, N.A. | : |
|       Movant | : |
|     v. | : |
| EDWARD MAUSER | : |
|       Respondent | :     **11 U.S.C. §362** |
| | : |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this /9ᵗʰ day of January , 2017, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 6527 ALLMAN ST, PHILADELPHIA, PA 19150 N/K/A 6527 ALLMAN ST, PHILADELPHIA, PA 19142-1923 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **WELLS FARGO BANK, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

MICHAEL A. CIBIK2, ESQUIRE
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

EDWARD MAUSER
7013 REEDLAND STREET
PHILADELPHIA, PA 19142

EDWARD MAUSER
6527 ALLMAN ST
PHILADELPHIA, PA 19150