Certificate Number: 16339-PAE-DE-034834372

Bankruptcy Case Number: 16-10872



16339-PAE-DE-034834372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 1, 2020</u>, at <u>7:29</u> o'clock <u>AM EDT</u>, <u>Edward Mauser</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 1, 2020</u>        By:    <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>