United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 16-10872-mdc

Edward Mauser                                                                                    Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Jun 16, 2021                    Form ID: 138NEW                               Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Mauser, 7013 Reedland Street, Philadelphia, PA 19142-1715 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 13744388 | + | Deutsche Bank Trust Company America, Ocwen Loan Servicing, LLC, Attn. Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 13679742 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13679743 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 13679744 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13679748 | | Jyske Finans A/S, Kastaniehoejvej 2, 8600 Silkeborg, Denmark |
| 13679749 | + | Marco Muniz, Esquire, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102-1504 |
| 13679750 | + | National City Mortgage/PNC Mtg, Attn: Bankruptcy Department, 3232 Newmark Dr., Miamisburg, OH 45342-5433 |
| 13699830 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13679752 | | Ocwen Loan Servicing LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13679753 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13839985 | + | PNC Bank NA, c/o Thomas Puleo, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13698631 | + | PNC Bank, N.A., c/o Andrew F. Gornall, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13679754 | + | Sheryl Solomon, PO Box 52477, Philadelphia, PA 19115-7477 |
| 13679755 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13679756 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13751292 | | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A.,as servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14060469 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 16 2021 23:43:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 13679741 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13679740 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 30

| | | | |
|---|---|---|---|
| 13679738 | + Email/Text: ecf@ccpclaw.com | | |
| | | Jun 16 2021 23:43:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13679745 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 16 2021 23:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13679737 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Jun 16 2021 23:49:04 | Chase Crad Services, PO Box 15298, Wilmington, DE 19050 |
| 13679751 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Jun 16 2021 23:49:37 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13748541 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 16 2021 23:43:00 | PNC Bank, National Association, 3232 Newmark Drive, Attn: Bankruptcy Department, Miamisburg, OH 45342 |
| 13740264 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Jun 16 2021 23:43:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, 3232 Newmark Drive, Attn: Bankruptcy, Miamisburg, OH 45342 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13679747 | | Ida Robbert-Rindshoej, Solvgade 98 St. th., 1307 Kobenhaven O |
| 13679739 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13679746 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13677844 | *+ | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | |
| | on behalf of Creditor Federal National Mortgage Association ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| ANDREW F GORNALL | |
| | on behalf of Creditor PNC Bank  National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISOVALANTE FLIAKOS | |
| | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JEROME B. BLANK | |
| | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JOSHUA I. GOLDMAN | |

on behalf of Creditor PNC Bank  National Association Josh.Goldman@padgettlawgroup.com,
angelica.reyes@padgettlawgroup.com

LAUREN MOYER

on behalf of Creditor Federal National Mortgage Association ecfmail@ecf.courtdrive.com

MICHAEL A. CATALDO2

on behalf of Debtor Edward Mauser ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2

on behalf of Debtor Edward Mauser ecf@ccpclaw.com  igotnotices@ccpclaw.com

THOMAS I. PULEO

on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD MILLER

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY wmiller@friedmanvartolo.com
bankruptcy@friedmanvartolo.com


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Edward Mauser

              Debtor(s)                                  Bankruptcy No: 16−10872−mdc

                                                                     Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                 Timothy B. McGrath
                                                 Clerk of Court

Dated: 6/16/21